PER CURIAM. Decree of Surrogate's Court affirmed, with costs to respondents payable out of the estate.

McLENNAN, P. J., not voting.

BARBER, Appellant, v. DREYFUS, Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Ada S. Barber against Henry Dreyfus. No opinion. Judgment of the Municipal Court affirmed, with costs.

BARG, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Benjamin Barg against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BARR, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by J. Frank Barr against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., not voting; he having ceased to be a member of the court since the argument of the appeal herein.

BARSON et al., Respondents, v. MULLIGAN, Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Charles H. Barson and another against William G. Mulligan, impleaded, etc. W. G. Mulligan, for appellant. H. A. Forster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUGHEN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April. 27, 1906.) Action by Samuel Baughen against the New York City Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed with costs.

BEAVER, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Lucretia C. Beaver against the Metropolitan Street Railway Company. R. Goeller, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

O'BRIEN, P. J., and PATTERSON, J., dissent.

BEAVER, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Samuel Beaver against the Metropolitan Street Railway Company. R. Goeller, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

O'BRIEN, P. J., and PATTERSON, J., dissent.

BECKER, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Martha Becker against the Metropolitan Life Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., not voting.

BEECROFT et al., Respondents, v. NEW YORK ATHLETIC CLUB OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by William G. Beecroft and Edgar C. Beecroft, as executors, etc., against the New York Athletic Club of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied. See 97 N. Y. Supp. 831.

BELDEN, Respondent, v. OLDSMOBILE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by William Belden against the Oldsmobile Company. C. Andrade, Jr., for appellant. G. W. Coleman, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

O'BRIEN, P. J., and McLAUGHLIN, J., dissent.

BELLINGER, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Charles J. Bellinger against William S. Rice.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Held, that the affidavit upon which the order was granted was insufficient.

McLENNAN, P. J., not voting.

BENEDICT, Appellant, v. PINCUS et al. Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Julian Benedict against Louis Pincus and another. J. P. McGovern, for appellant. J. W. Weed, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BENNETT, Respondent, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Matthew W. Bennett against Mark Packard. No opinion. Judgment and order affirmed, with costs.

BERKOWITZ, Appellant, v. CHICAGO, M. & ST. P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by David Berkowitz against the Chicago, Milwaukee & St. Paul Railway Company and another. No